# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAQUAN COLLINS, | Case No. 2:23-cv-00578-RFB-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Jaquan Collins initiated this case on April 17, 2023. ECF No. 1. Plaintiff's first filing had several defects: 1) it was made on a form requesting to file a petition for certiorari before the United States Supreme Court rather than using the Court's approved application to proceed *in forma pauperis* ("IFP"); 2) Plaintiff's required financial certificate was incomplete; and (3) Plaintiff failed to include an inmate trust account statement for the previous six-month period. *Id.* Accordingly, the Court ordered him to file an IFP application or pay the filing fee by June 23, 2023. ECF No. 3. The Court further advised Plaintiff that a failure to comply with its order would result in a recommendation that this case be dismissed. *Id.* Since this last order, Plaintiff has not taken any action in this case. Accordingly, it appears that Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

///

///

///

///

///

///

**NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within 14 days of being served with it. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 5, 2023.

Brenda Weksler
United States Magistrate Judge