UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAQUAN COLLINS,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-00578-RFB-BNW<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Judge Brenda Weksler, United States Magistrate Judge. The Report and Recommendation recommends dismissing Plaintiff's case without prejudice for failure to file an application to proceed in forma pauperis or pay the full filing fee. For the reasons stated above, the Court adopts Judge Weksler's Report and Recommendation in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. Id.; LR IB3-2(a).

In this case, the Plaintiff did not file any objections to the Report and Recommendation. Therefore, the Court, reviewing the record in this case, concurs with Judge Weksler and adopts her Report and Recommendation in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to close this case.

DATED: January 19, 2024.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**